JAMES CONNORS, Appellant, *v.* THE DELAWARE AND HUDSON COMPANY, Respondent.

(Argued March 8, 1933; decided April 11, 1933.)

*A. E. Gold* for appellant.

*Joseph Rosch, Harvey D. Hinman* and *J. L. Fitzgerald* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG. O'BRIEN and CROUCH, JJ. Not sitting: LEHMAN and HUBBS, JJ.